James J. Mathieu
9142 Howard Drive
Houston, TX 77017

BIC

CERTIFIED MAIL

9589 0710 5270 3129 9133 02

TO:

United Sta
For The D
333 Cons
Washing
Room 12

**Retail**



UNITED STATES
POSTAL SERVICE ®

**RDC 99**



20001

U.S. POSTAGE PAID
FCM LG ENV
HOUSTON, TX 77010
DEC 16, 2025

**$7.74**

S2324P507012-21

s District Court
strict of Columbia
itution Avenue, N.W.
on, DC 20001
25'